UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-45020 |
| Rockwell 3050, LLC, an Illinois limited liability company, | ) ) ) | Chapter: 11 |
| Debtor/Debtor-in-Possession | ) ) | Honorable Jacqueline Cox |
| Debtor(s) | ) ) | |

*Agreed*

FINAL ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of Rockwell 3050, LLC, an Illinois Limited Liability Company, Debtor/Debtor-in-Possession ("Debtor") herein, for Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;
NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) The Debtor is authorized to use cash collateral during the period November 18, 2010, through December 18, 2010, and each month thereafter, to the extent set forth on Exhibit A hereto, plus no more than 10% of the total proposed expense payments, unless otherwise agreed by Republic Bank of Chicago ("Lender"), or upon further Order of this Court;

B) In return for the Debtor's continued interim use of cash collateral, Lender is granted the following adequate protection for its purported secured interests:

   1. The Debtor will permit the Lender to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

   2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

   3. The Debtor shall, upon reasonable request, make available to the Lender evidence of that which constitutes its collateral or proceeds;

   4. The Debtor will properly maintain the Property in good repair and properly manage such Property; and

   5. The Lender will be granted post-petition replacement liens in the cash collateral generated by the Debtor post-petition to the extent, priority and validity of the Lender's pre-petition liens in its pre-petition cash collateral to the extent that the value of that pre-petition cash collateral diminishes post-petition. *AND*

   6. Debtor shall *[and]* make an adequate protection payment to Lender in the amount of $34,000 ~~$17,000.00 per month beginning~~ on or before January 18, 2011, and each month thereafter, *on or before the 18th of that month* not subject to the default rate of interest. $17,000

7. The Debtor shall pay all real estate tax bills issued by the Cook County Treasurer subsequent to the ~~date of this Order~~ filing of the petition.

Enter: *Jacqueline P. Cox*

J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 12/21/10

**Prepared by counsel of Movant:**

DEBTOR'S COUNSEL:
David K. Welch, Esq. (Atty. No. 06183621)
John H. Redfield, Esq. (Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777

Rev: 20101008_bko

# EXHIBIT A

10/5/2010

## Gold Chicago Realty, LLC
## Pro Forma 3050 N Rockwell

| 3050 N Rockwell | 10-Nov | 10-Dec | 11-Jan | 11-Feb |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| Tenant Income | 26,021.00 | 26,021.00 | 26,021.00 | 26,021.00 |
| Tenant Reimbursement Income | 5,457.00 | 5,457.00 | 5,457.00 | 5,457.00 |
| Cell Tower Income | 1,265.00 | 1,265.00 | 1,265.00 | 1,265.00 |
| Total Income | **32,743.00** | **32,743.00** | **32,743.00** | **32,743.00** |
| **Expense** | | | | |
| Alarm Fees | 173.00 | 173.00 | 173.00 | 173.00 |
| Building maintainence/supplies | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 |
| R. E. Taxes | 6,681.00 | 6,681.00 | 6,681.00 | 6,681.00 |
| **Utilities** | | | | |
| Electric | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Water Usage | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 |
| Gas | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 |
| Total Utilities | 6,350.00 | 6,350.00 | 6,350.00 | 6,350.00 |
| Total Expense | **14,454.00** | **14,454.00** | **14,454.00** | **14,454.00** |
| **Net Income** | **18,289.00** | **18,289.00** | **18,289.00** | **18,289.00** |

```
        Insurance                (962.50)
App.    Net Income              $17,326.50
Ins.
```